AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

United States of America
v.
Tarick Jean Charles

*Defendant(s)*

Case No. 6:22-mj- 2046

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of January 11, 2022 - March 25, 2022 in the county of Orange in the Middle District of Florida, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 371 | Conspiracy to Steal Postal Service Key and Conspiracy to Commit Mail Theft |

This criminal complaint is based on these facts:

See Attached Affidavit

❒ Continued on the attached sheet.

Jeffrey Starnes
*Complainant's signature*

Jeffrey Starnes, Postal Inspector, USPIS
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ~~10/13/2022~~ 10/14/22

*Judge's signature*

City and state: Orlando, Florida

LESLIE HOFFMAN PRICE, U.S. Magistrate Judge
*Printed name and title*

**STATE OF FLORIDA** **Case No. 6:22-mj-2046**

**COUNTY OF ORANGE**

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Jeffrey Starnes, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of an arrest warrant for TARICK JEAN CHARLES ("JEAN CHARLES"), for violations of 18 U.S.C. § 371 (Conspiracy to Steal Postal Service Key (§ 1704) and Conspiracy to Commit Mail Theft (§ 1708)).

2. I am a United States Postal Inspector with the United States Postal Inspection Service ("USPIS") and have been since 2016. Prior to my employment with the USPIS, I was a Special Agent for the United States Secret Service ("USSS") from 2005 to 2015. In my capacity as a United States Postal Inspector, I investigate allegations of criminal fraud involving the use of the United States Mail. As a United States Postal Inspector and previously as a Special Agent for the USSS, I have gained training and experience investigating mail fraud, wire fraud, bank fraud, identity theft, credit card fraud, counterfeit securities and currency, false identification documents, and other types of fraud. Additionally, I have participated in search and seizure operations dealing with the foregoing criminal offenses.

3. The information in this affidavit is based upon my personal knowledge, information obtained from other law enforcement personnel, information obtained from corporate investigators, and information obtained from financial and other

banking institutions. The information set forth in this affidavit is provided solely for the purpose of establishing probable cause in support of the criminal complaint. Because this affidavit is submitted for the limited purpose of establishing such probable cause, it does not include all the details of this investigation of which I am aware.

## PROBABLE CAUSE

### *A. Mail Carrier Robbery and Mail Theft Incidents*

4. On March 7, 2022, the USPIS was notified at approximately 1:20 p.m. that a United States Postal Service ("USPS") mail carrier (the "Victim") had just been robbed at the Oak Grove Apartments located at 4701 Walden Circle, Orlando, FL ("Oak Grove"). The Victim was on duty in his USPS issued uniform delivering mail to the residents of the Apartments. The Victim suffered a concussion and a scalp hematoma and had to be intubated as a result of the injuries he sustained during the robbery. This robbery is hereinafter referred to as the "Mail Carrier Robbery."

5. During an interview on March 8, 2022, the Victim stated that the Victim was sitting in the Victim's USPS mail truck when the first robber ("Robber 1") stepped into the truck, demanded the Victim's arrow key,[1] and attempted to pull the key off of the Victim's belt. Robber 1 pulled so forcefully that he pulled the Victim out of the mail truck. According to the Victim, Robber 1 was male and wore a blue "hoodie" sweatshirt. After being pulled out of the mail truck, the Victim then felt something

[1] Arrow keys are USPS proprietary keys that are serialized. They grant access to various types of mail collection receptacles usually for a specific zip code(s) that make up a geographic area. No person outside of the USPS is authorized to be in possession of an arrow key.

hard strike the back of the Victim's head, causing the Victim to fall to the ground. The Victim saw the other robber ("Robber 2"), who was wearing a red "hoodie," put a firearm in his (Robber 2's) rear waistband. The Victim stated that the two robbers (together, the "Robbers") then ran in different directions. According to the Victim, he/she could only see the Robbers' eyes because the Robbers both wore "hoodie" sweatshirts and masks.

6. Below is a picture of an USPS arrow key, much like the arrow key that was stolen during the instant robbery.




7. On March 25, 2022, mail was stolen from the following four communities (collectively, the "Target Communities"), each of which is located less than about two miles from Oak Grove where the robbery of the Victim occurred: (1) West Winds Apartments ("West Winds") located at 5230 Eastwinds Drive, (2) Summergate Condominiums ("Summergate") located at 4801 Cypress Woods Drive, (3) Rosemont Windermere Apartments ("Rosemont") located at 6421 Conroy Road, and (4) Bella Capri Apartments ("Bella Capri") located at 4822 Cason Cove Drive

(collectively, the "March 25th Mail Theft Incidents"). Below is a map of the Target Communities and their proximity to each other and to Oak Grove. The arrow key stolen during the Mail Carrier Robbery is capable of opening the mailboxes in the Target Communities.




### *B. Identification of Robber 2 and "Benzo"*

8. On the day of the Mail Carrier Robbery, law enforcement obtained video surveillance footage (the "Surveillance Video") from a resident of Oak Grove. The Surveillance Video shows two individuals walking near the area of the crime scene minutes before the robbery occurred. Below is a still shot of the Surveillance Video, showing the two potential suspects:



9. Following the Mail Carrier Robbery, in March 2022 and April 2022, I received communications from three Sources stating that they had information regarding the robbery. Specifically, after viewing the Surveillance Video, Sources 1 and 2 stated that they knew Robber 2 and identified his Instagram profiles.[2] According to Sources 1 and 2, Robber 2 is involved with stolen checks and he offers people money to use their bank accounts to deposit the stolen checks.[3] The Sources further stated

[2] In an attempt to identify the robbers and further the robbery investigation, UPSIS created reward posters seeking information related to the robbery. The Sources viewed one such reward poster, recognized Robber 2, and reached out to law enforcement. To date, neither of the Sources have been provided with any type of reward (monetary or otherwise).

[3] In my experience, individuals who steal arrow keys use the keys to steal the mail within mail receptacles. Individuals involved in these crimes will often alter stolen checks and other financial instruments to reflect a different recipient than intended. Further, in my experience, individuals involved in mail theft will often recruit other individuals for the use of their bank accounts. Often, the name of a recruited bank account holder will be used as the fraudulent new recipient listed on an altered check. Thus, after the criminal conspirators have altered the check, they can deposit it in the bank account of the recruited bank account holder and withdraw funds.

that Robber 2 works with an individual known as "Benzo" who is involved in altering stolen checks. According to the Sources, Benzo recruits people who have bank accounts. Source 1 later stated that he/she received information that Robber 2 and the other robber were paid $1,000 each by Benzo for the Stolen Arrow Key. According to Source 3, when Source 3 showed Robber 2 the USPIS reward poster, Robber 2 admitted to Source 3 that he (Robber 2) was one of the men who robbed the mail carrier; that the robbery was planned; and that they stole a key from the carrier.

10. During my conversation with Source 3 on April 20, 2022, I asked Source 3 if he/she knew someone called Benzo. Source 3 did not know this individual. However, upon reviewing Robber 2's Instagram "followers," Source 3 found that one of the followers had the Instagram account "benzosteadyswipin."

11. On April 25, 2022, I reviewed the Instagram profile for "benzosteadyswipin" and observed numerous pictures and videos suggesting that the user of the "benzosteadyswipin" profile was likely involved in fraud. Specifically, images showed the individual from the "benzosteadyswipin" profile picture (determined to be J.B.) with substantial amounts of cash and jewelry. Other images showed numerous debit cards and identification cards. Images also showed that "benzosteadyswipin" was used to recruit individuals for the use of their bank accounts. Specifically, one of the images from "benzosteadyswipin" stated:

Need all bank users
Hmu[4] asap any age

[4] I know that "Hmu" is commonly used on social media platforms to mean "hit me up."

Guaranteed 35k 3 days
in a row 50/50
everything

Based on my training and experience, I know this means that the user of "benzosteadyswipin" was trying to recruit individuals who wanted to make a significant amount of fast cash for the use of their bank account.

12. Through investigation with the Orlando Police Department and Orange County Sheriff's Office, I identified the individual shown in the profile picture of "benzosteadyswipin" as an individual with the initials J.B. J.B.'s Florida driver's license showed the same person that was depicted in the profile picture of "benzosteadyswipin." Investigation later showed that J.B. died on April 27, 2022.

***C. Identification of TARICK JEAN CHARLES and the Mail Theft Vehicle***

13. Records obtained through a search warrant showed that, beginning on January 1, 2022 (the beginning date of the production for the "benzosteadyswipin" account), communications were exchanged between the "benzosteadyswipin" account and another Instagram account with the username "zouljat_." The "zouljat_" Instagram account was later identified as belonging to JEAN CHARLES, as set forth below.

14. On January 4, 2022, the user of the "zouljat_" account (JEAN CHARLES) asked the user of the "benzosteadyswipin" account, "Where them accts.??" The user of the "benzosteadyswipin" account responds the same day with,

"Where my cards." The user of the "benzosteadyswipin" account later tells the user of "zouljat_" account, "I need pnc," then says "And wells."[5]

15. On January 11, 2022, the user of the "zouljat_" account (JEAN CHARLES) tells the user of the "benzosteadyswipin" account, "Pull up on me I gotta play you won't regret it if you do don't fwm."[6] The user of the "benzosteadyswipin" account then asks the user of the "zouljat_" account, "What play." The user of the "zouljat_" account says, "A key," and includes an emoji of a key. The user of the "benzosteadyswipin" account then asks, "To what I need bread." The user of the "zouljat_" account then sends four consecutive messages stating, "M", then "A", then "I", then "Fill in the blank." The user of the "benzosteadyswipin" account then states, "I'm slow."[7] There is no further discussion on Instagram discussing the key, as the user of the "zouljat_" account indicated that they should meet in person to continue the discussion. According to records, the last messages exchanged between these two particular accounts was February 9, 2022.

---

[5] This discussion appears to relate to a scheme involving bank accounts, debit/credit cards, and PNC Bank and Wells Fargo Bank.

[6] I know that "fwm" is commonly used on social media to mean "fuck with me."

[7] During this exchange, the user of the "zouljat_" account was inviting the user of the "benzosteadyswipin" account to meet with him ("[p]ull up on me") to discuss a proposition ("a play"). In response, the user of "benzosteadyswipin" asked what kind of proposition ("What play"), and the "zouljat_" account answered, ("[a] key"). The user of "benzosteadyswipin" questioned what type of key and stated that he needs money ("I need bread"). The "zouljat_" account then responded with the first three letters of the word "mail." Thus, I know that the user of the "zouljat_" account, JEAN CHARLES, is soliciting the user of "benzosteadyswipin" to get involved in a scheme involving a mail key.

16. Video surveillance provided by Summergate (one of the March 25th Mail Theft Incident locations) captured two men stealing mail from the community mailboxes in the early morning hours of March 25, 2022.[8] At about 1:10 a.m., a Mercedes-Benz with Florida tag ending in MXW (the "Mail Theft Vehicle") drove into the Summergate community. The vehicle is seen on multiple cameras throughout the community driving around. At approximately 1:12 a.m., the Mail Theft Vehicle stopped and two men walked to and from the vehicle and the community mailbox outside of one of the apartment buildings. Both men are seen rummaging through the back of the community mailbox.[9] After a few minutes, the two men got back in the Mail Theft Vehicle and drove off. At approximately 1:16 a.m., the Mail Theft Vehicle stopped near another apartment building, and the men exited the Mail Theft Vehicle and walked towards the direction of the community mailbox. The two men returned

[8] Summergate has a community mailbox for each of its apartment buildings. The community mailboxes are collection-style mailboxes, meaning that each community mailbox is comprised of a number of mail slots (one for each individual apartment). Residents of Summergate access their mail through the front of the community mailbox by using a key (issued to them by Summergate) to open the individual mail slot belonging to them. United States postal mail carriers access and deliver mail to the individual mail slots by using an arrow key to open the back of the mailboxes, which gives them access to all of the mail slots within a given mailbox. Because an arrow key is required to open the back of the mailboxes, only the USPS is authorized to access the mail slots through the back of the community mailboxes.

[9] Because the video footage shows the men accessing the mail through the back of the community mailbox, I know that the men either broke into the mailbox or used an arrow key to unlock the back of the mailbox, which they were not authorized to do. Upon investigation, there were no signs of forced entry into the mailboxes, so I know that an arrow key was likely used to open the back of the mailboxes.

to the Mail Theft Vehicle with what appears to be items of mail. The Mail Theft Vehicle left the Summergate community at approximately 1:18 a.m.

17. The Mail Theft Vehicle belongs to a rental company in Orlando, Florida. Records provided by the rental company identified N.R. as the renter of the Mail Theft Vehicle. N.R. rented the Mail Theft Vehicle for the period from March 11, 2022 to March 25, 2022 (the date of the mail theft incidents). The Mail Theft Vehicle's location was available to the rental company through a location device affixed to the Mail Theft Vehicle. On April 25, 2022, I obtained a search warrant for the location information for the Mail Theft Vehicle (Case No. 6:22-mj-1390).

18. Location data provided from the search warrant showed that the Mail Theft Vehicle drove to a convenience store located in Orlando on March 20, 2022 (five days before the Mail Theft Incidents). Video obtained from that convenience store shows N.R. entering the store in the early morning hours on that date. Another individual, identified through law enforcement databases as JEAN CHARLES, entered the store soon after N.R. The first image below shows N.R. (lower right corner of the image) and JEAN CHARLES (in the doorway) entering the convenience store. Still shots are shown below:









19. The surveillance pictures from the convenience store on March 20, 2022 were compared to screenshots from the "zouljat_" account as well as to the driver's license for JEAN CHARLES. The person in the convenience store surveillance from March 20, 2022 appears to be the same person shown below in the two "zouljat_" account screenshots and the driver's license for JEAN CHARLES:

  

20. Location data provided from the search warrant also showed that the Mail Theft Vehicle drove to another convenience store on March 25, 2022, the date of the mail thefts at Summergate and the other Target Communities. Video from that convenience store shows the individual shown below entering the store at 1:43 a.m., about 25 minutes after the mail thieves left the Summergate community. The convenience store and the Summergate community are approximately six miles apart.



21. An image dated October 2021 from the "zouljat_" account appears to show JEAN CHARLES wearing the same distinct outfit as shown in the convenience store surveillance shown above:



Also, both images show what appears to be a black and red vaping device attached to the individual's waist. The same or similar black and red vaping device appears to be attached to JEAN CHARLES's waist in the photo from the "zouljat_" account above.

22. Additionally, location data from the Mail Theft Vehicle search warrant showed that, on March 25, 2022 (the date of the mail theft incidents), the Mail Theft Vehicle parked in the vicinity of the address listed on JEAN CHARLES's driver's license from approximately 2:11 a.m. to approximately 8:01 a.m. Also, with the exception of one day, the Mail Theft Vehicle was also parked at various times on

JEAN CHARLES's street every day while the vehicle was being rented by N.R. from March 11, 2022 through March 25, 2022.[10]

23. Location data from the Mail Theft Vehicle search warrant showed that the Mail Theft Vehicle was at no less than eight different Regions Bank branches on between March 23, 2022 and March 25, 2022. Documentation provided by Regions Bank showed multiple altered checks were cashed at the branches on those dates. The person whose name was written on the checks was K.M., who has an account at Regions Bank. Pursuant to a grand jury subpoena, Regions Bank provided photographs of some of the transactions depicting K.M. cashing the checks, including a photograph of the Mail Theft Vehicle in the parking lot of one of the branches at or around the time K.M. was cashing a check at that branch:



[10] On March 13, 2022, the vehicle was in north Florida and Georgia, specifically reaching Atlanta. The vehicle was driven back to Florida on March 14, 2022, and arrived on JEAN CHARLES's street at approximately 7:56 p.m. Late that evening, the vehicle was driven to the address listed on N.R.'s driver's license.

24. Regions Bank kept one of the physical checks after it was cashed at the Altamonte Springs branch. The check was sent to the USPIS lab to be processed for fingerprints. The lab identified three fingerprints from JEAN CHARLES and one fingerprint from K.M. on the check.

***D. Communications Between Benzo and Others About the Oak Grove Robbery***

25. Following J.B.'s (a/k/a Benzo) death in April 2022, the Osceola County Sheriff's Office obtained a search warrant for cell phones found inside the vehicle J.B. was then occupying.[11] One of those phones was identified as an iPhone found next to J.B. The phone number associated with the phone is XXX-XXX-9468 ("Phone 9468"). This is the phone number associated with the "benzosteadyswipin" account per the search warrant return records provided by Instagram. A review of Phone 9468 showed information related to the Mail Carrier Robbery.

*i. J.B. and Conspirator 1 on Phone Number 1588*

26. A conversation took place between J.B. and an unknown person ("Conspirator 1" or "C1") via text chat between February 10, 2022 and April 28, 2022.[12] The conversation was a text chat between J.B. on Phone 9468 and phone number XXX-XXX-1588.[13] During this conversation, Conspirator 1 and J.B.

[11] J.B. died during an officer involved shooting in Osceola County.

[12] The last date the user of "benzosteadyswipin" (J.B.'s account) and the user of "zouljat_" (JEAN CHARLES's account) communicated on Instagram was February 9, 2022.

[13] Records show this phone number belongs to AT&T under a prepaid account. The user paid cash on the account and used the address of the AT&T store where they set up the account as their home address.

exchanged multiple texts regarding bank accounts and debit cards in the names of other individuals.

27. On March 3, 2022 (four days before the Mail Carrier Robbery), Conspirator 1 texted J.B., "Bro Rob a mailman And we don't gotta worry bout shit no lie," and "But it's a federal charge can't do it w no rental or real car." J.B. responded, "Chico would do it I swear," and "He'll do anything so I can fw him." Conspirator 1 responded, "Does he have a stool Stolo[14] Or someone who can take him." J.B. responded, "Nah the nigga I gave money to cause he was finna get kicked out do They would do it tomorrow." Conspirator 1 responded, "They got a ride Not the rental bro It's real federal." Below is the remainder of that particular text chat:

J.B. – They have they own car

C1 – They investigate it fr

J.B. – Wtf u talking about

C1 – They need to take they plates off; Robbing the mail man

J.B. – They gave they all car; They will

C1 – Ok; But they need his key; The mail key

J.B. – Why u need they key tho

C1 – They have to really watch him; I got 5k no lie bro; I swear to god; I'll give you it even before u get the key; I been looking all week for someone; Steal his mail bag and his key

J.B. – Don't be cappin[15]

---

[14] I know that "stolo" is slang for stolen car.
[15] I know that "cappin" is slang for lying.

C1 – On god; But don't be on no weird shit tryna cuff

J.B. – Why you need they keys

C1 – I'm paying u 5k; Bro I need the keys; We can get us any mail

J.B. – U know I'll handle up

C1 – We want; We can send open up cards; to addys; And get card; No problem

J.B. – Ohhhhh; Ight

C1 – I got a wave

J.B. – I'll da do it tomorrow; What county thi

C1 – Winter park; They gotta slide quick tho bro

28. At approximately 1:22 pm on March 7, 2022 (within minutes of the robbery), Conspirator 1 texted J.B., "Yo," "My daughter sleeping," "What's good." J.B. responded, "Got keys." Below is the continuation of that particular text chat:

C1 – Get the zip code; Area; Have him drop current; Throw away the phone; The nigga phone

J.B. – Police there

C1 – Ik

J.B. – Bro; He hid the keys

C1 – But drop current location

J.B. – Dumb asf

C1 – Wtf where; Why did he do that; Why!!!!; That's what there gonna be looking for; Is he dumb; Way; Let's go grab them shits

J.B. – XXXX Walden cir, Orlando, Fl

C1 – Link; Let's go; I'm bring the 5k on me

J.B. – 5k; 5k**

C1 – Get the mail key

J.B. – 6k**; Vibe; Lowkey; U know I'm worth it

C1 – Let's go rn; Rnrn; Way

J.B. – Landstar; Or dt 7/11?

C1 – Meet at millennia mall

J.B. – How far

C1 – I'm otw; Rn; How far are you

J.B. – 3 mins

C1 – Ok; I'm pulling up; Bro; Ok; Bro; 5200 cause he ain't get no mail bag; I was only paying extra bc I thought he had that too

J.B. – He ain't have one chill; U don't care about the mail chico got ducked up; Mad cuts and he bleedin; U can go get his phone and id they threw it

C1 – Bro 5200; Ill pay you 6k if you check a mailbox in another neghiborhood in that area; Like one mailbox; Not all; Just check one mailbox record it; Like open it close it you don't even gotta take mail

J.B. – Bet

C1 – Ok rn; I'm otw too

J.B. – Way

C1 – 7 min

J.B. – Otw 5 mins

C1 – Ok; Check mailbox first

J.B. – Neighborhood next to it; Shit got; Hot

C1 – Not the one next to it; Around that area; Just check one mailbox; They don't know if it's the mail man key or what lol; They can't just arrest u for checking ur mailj

J.B. – Mad copsssss

C1 – Fr; They probably going to all the routes rn; Watch for unders covers; ?; Don't call me regular phone call; Saying that; Way

J.B. – [*Sends UC1 video of opening a box with an arrow key*]

J.B. – I'm keeping this; Gmfu; Gmfu

C1 – Lol wtf

J.B. – Gmfu; I'm finna come up Ms

C1 – Nigga wya lol; There's mad cops

J.B. – Mall

C1 – Your so fucking dumb why did I do that; U; On camera

J.B. – Nah

C1 – It's a mailbox that has cameras?

J.B. – Nun kid

C1 – Ok; Good

J.B. – I'm not dumb

C1 – Tonight ima have a mission for u

J.B. – Better; U cap

C1 – There's finna be cops watching all those routes bro; We gotta be careful; No lie

J.B. – U Don't fwm for real; U my brother; U see I do everything u say

C1 – We going up kid; Yo; Meet me in the mail

J.B. – At mall

C1 – Ok I'm rite here; You at Neiman

J.B. – Same

C1 – Delete that video rn from ur phone; We need new numbers

29. J.B. and Conspirator 1 exchanged numerous text messages containing personal identifying information, including information for bank accounts that received altered check deposits.[16]

*ii. J.B. and Conspirator 1 on Telegram*

30. J.B., using Phone 9468, also messaged Conspirator 1 via Telegram[17] between the dates of February 22, 2022 and April 26, 2022.[18] Specifically, on March 3, 2022 (four days before the Mail Carrier Robbery), Conspirator 1 sent J.B. the below picture of three USPS arrow keys:

[16] For instance, J.B. sent Conspirator 1 personal identifying information for the following individuals: E.G. on February 16, 2022; I.E. on February 12, 2022; and S.G. on February 22, 2022. Bank records showed that accounts belonging to each of these three individuals received deposits of altered checks in late February 2022.

[17] Telegram is an encrypted communication platform which allows direct messaging.

[18] On March 3, 2022, Conspirator 1 using Phone Number 1588, asked J.B., "You have telegram?" J.B. then gave Conspirator 1 his Telegram username "@benzodaswiper." At about 3:47 am, Conspirator 1 texted J.B., "Check tele." J.B. responded on the below Telegram chat, "Nah winter park for sure." Based on this information, the user of phone number 1588 and Telegram account user in the below referenced chats with J.B. is believed to be the same person and is referenced as Conspirator 1.



Conspirator 1 then stated, "Don't make it look like you robbing them for the key. Rob them for everything. Money wallet everything. But the key is the first thing to take. And mail bag. It has to be winter park area. Or a rich area." J.B. responded back, "Nah winter park for sure."

31. On March 7, 2022 at approximately 2:13 p.m. (within about an hour of the robbery of Oak Grove), J.B. messaged Conspirator 1 and stated, "Yo" and "I'm keeping this." J.B. then sent a video to Conspirator 1 showing the opening of an apartment mailbox using an arrow key, a still of which is below:



*iii. J.B. and Robber 2*

32. A third conversation took place via text message between J.B. and a phone number ending in 7880 between the dates of February 10, 2022 and April 21, 2022. During these text chats, the number ending in 7880 was being used by the person who has been identified as Robber 2.[19] As shown below, these chats referenced "Z" or "Zee," who is believed to be JEAN CHARLES.[20]

33. On March 5, 2022 (two days before the Mail Carrier Robbery), Robber 2 texted J.B. "yooo", "where mail man???" J.B. responded, "Windermere", "Winter park." Below is a continuation of that chat:

> Robber 2 – bro if we don't get any today I got postal jere in Kirkman ima look if not its done by tomorrow early
>
> J.B. – No mail Tomorrow
>
> Robber 2 – okay Monday; Ima do it my onw bro tell z to put more in the table im taking the risk
>
> J.B. – I'll put more handle up tho nun comes back to Benzo or z tho
>
> Robber 2 – what that means
>
> J.B. – Get keys

34. At approximately 1:02 p.m. on March 7, 2022 (the date of the Mail Carrier Robbery), J.B. texted the 7880 phone number, "Yooo" and "What area." At

[19] Based on my investigation, including facts known to me about Robbers 1 and 2 and the context of the communications, I know that the number ending in 7880 was being used by Robber 2.

[20] JEAN CHARLES's username on Instagram is "zouljat_". Other individuals on Instagram also refer to him as a "Zoe man," which refers to someone of Haitian ancestry. He also has updated his Instagram page to read, "The Mayor in my Zity."

1:27 p.m., Robber 2 texted a picture, shown below. The picture depicts the location of the Mail Carrier Robbery at Oak Grove:




A continuation of that particular chat is below:

J.B. – Where wallet; And phone; Way; Don't ever talk to me like that

Robber 2 – bro im just mad asf bro that nigga hit me and [Robber 1] DUMB ASF HE RUN THE OTHER WAY; I WAS IN THE CAR WITHOUT Keys and all like shit mad hot

J.B. – U good tho vibe; U toook bag or no

Robber 2 – like you gotta understand that shit just happened and u come to me screaming and shot; he dindt have no bag he had a cest

J.B. – What's a cest

Robber 2 – [*Robber 2 sent a screenshot of a Google translation for cesta which shows basket*]

Robber 2 – nigga I had to run like a mile and I was dying, just fell from my bike yesterday

J.B. – No id or phone or u throw it somewhere

Robber 2 – i throw everything bro don't ask shit on the phone bra shit mad ho; what time u coming bro?; pick that im bring it, im out of town for couple days

J.B. – Where u going

Robber 2 – Miami; shit hot bro fr; ima shower and im out, where I pick up my money; v; yoo

J.B. – Yo; Zee Mad at me

Robber 2 - ???; I need my bag bro I got what u asked me for idc bro need that

J.B. – We need mail bag and phone and id

Robber 2 – im out bro fr shit hot asf we got ppl that live in that complex

J.B. – He gonna give me less; Imma pay u

Robber 2 – bro I need what we talked about that's why I done this shit, you cannot change plans the day its done bro, this streets shit after today we lock inn bro this wasn't scaming bro took the risk; no game bro

J.B. – Ik but he giving me less but imma pay. U good; I'll take the lose

Robber 2 – wya?

Robber 2 – [*Robber 2 texted J.B. a screenshot from another unrelated phone conversation which is in Spanish*]

Robber 2 – another shit too bro now this nigga saying he going to my fam crib

J.B. – Meeting zee

Robber 2 – nigga; this gotta be word by word bro if not im not working anymore my nigga

J.B. – Yo wtf u on; I got ur money; I needed bag with mail; Id and phone; Gotta make it seem like u was robbing him

Robber 2 – I did it bro ion got the phone I throw all that; I took the little chain too; bro u txting to much shit fr

J.B. – Way; Finna pull up on u in a few

Robber 2 – bet; same place; uo; wya?; my baby momy giving birth

J.B. – Yo; Imma make u money

35. These conversations, in which Robber 2 and J.B. reference "Z" or "Zee" (believed to be JEAN CHARLES), indicate that JEAN CHARLES was paying the Robbers, through J.B., to commit the Mail Carrier Robbery.

36. Later on March 7, 2022 at approximately 10:42 p.m., Robber 2 texted J.B., "omw to Miami", "yo bro", "my bad for talk to you that way today bro but I was just in pression and u was screaming at me like 5 min after", "u know I love u, and this not only for money its for show you and z loyalty nigga."

***E. JEAN CHARLES's Instagram Chats Related to a Key***

37. The user of the "zouljat_" Instagram account (JEAN CHARLES) makes a comment to people on various Instagram chats that he has the key to the "zity." On April 23, 2022, the user of the "zouljat_" account messaged another Instagram user, "Im in Orlando fl," "With da key to the zity," and "I ain't drop a line yet Z." On April 25, 2022, the user of the "zouljat_" account messaged another Instagram user, "I got major food key to the zity tryna work wassup I'll send samples," "I'm in Orlando," and "Yooo I got dumb food let me front." I believe the "key to the zity" is the stolen arrow key and "food" is stolen checks.

***F. Recent Mail Theft Incidents***

38. In September 2022, I was contacted by the Property Manager ("PM") at a business park in Orlando, Florida (the "Target Property"). The PM stated that from July 2022 through September 2022, there have been several thefts of mail from the business mailboxes and the USPS collection boxes on the Target Property. The PM

was initially made aware when a tenant reported that the business mailboxes were left open. There were no signs of forced entry and the boxes were empty. Due to the multiple instances of theft, the PM installed cameras in the area.

39. On September 12, 2022, a mail theft incident was captured on camera. The footage shows two black men, with their faces covered, accessing the business mailboxes on the Target Property. On September 21, 2022, video captured footage of two black men, accessing the business mailboxes on the Target Property and stealing the mail. Below are still shots from the footage:







40. The individual shown above leaving with the trash bag holding the stolen mail appears to share a close resemblance with JEAN CHARLES. Additionally, the individual holding the trash bag above appears to be wearing the same distinct shoes worn by JEAN CHARLES in the pictures below from his Instagram account "zouljat_":



41. On October 4, 2022, a USPS mail carrier was robbed of his/her USPS arrow key in Pine Hills, Florida.

42. On October 6, 2022, a portion of a USPS arrow key was recovered from a USPS blue collection box located on the Target Property. The portion of the arrow key remaining was stuck in the collection box when Postal Inspectors arrived on scene.

43. Later on October 6, 2022, another USPS mail carrier was robbed of his/her USPS arrow key in Pine Hills, Florida.

44. On October 10, 2022, a portion of another USPS arrow key was recovered from a USPS blue collection box located on the Target Property. The portion of the arrow key remaining was stuck in the collection box when Postal Inspectors arrived on scene.[21]

45. Victim businesses that have mail delivered to the Target Property have started to report instances of stolen checks that have been altered and negotiated at financial institutions. One victim business has reported eight altered checks that have been fraudulently negotiated on its account.

[21] Postal Inspectors have been unable to identify which specific arrow keys were found in the blue collection boxes because the portion of the keys that contain the serial numbers were missing.

**CONCLUSION**

46. Based on the foregoing, I submit there is probable that TARICK JEAN CHARLES committed violations of 18 U.S.C. § 371 (Conspiracy to Steal Postal Service Key (§ 1704) and Conspiracy to Commit Mail Theft (§ 1708)).

Respectfully submitted,

Jeffrey Starnes, Postal Inspector
United States Postal Inspection Service

Affidavit submitted by email and attested to me as true and accurate by videoconference consistent with Fed. R. Crim. P. 4.1 and 41(d)(3) this ~~13th~~ 14th day of October, 2022.

LESLIE HOFFMAN PRICE
Unite States Magistrate Judge