UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                  Case No. 6:22-cr-193-RBD-DCI

TARICK JEAN CHARLES

    Defendant.

## NOTICE TO COURT

Defendant Tarick Charles by and through undersigned CJA counsel, advises the Court that he has rejected the plea agreement tendered by the United States and wishes to exercise his right to a jury trial. He did so after the undersigned CJA counsel explained the entire agreement, his estimated guidelines and the risks associated with a trial. The undersigned CJA counsel has consulted with Assistant United States Attorney Kara Wick and requests the trial be set for the week of March 27, 2023.[1] Trial is estimated to take three days.

    Respectfully submitted on February 23, 2023.

                                  / s / Dan Eckhart
                                  Dan Eckhart
                                  Dan Eckhart Law
                                  Florida Bar No. 0488674
                                  200 E. Robinson St., Ste. 1150
                                  Orlando, Florida 32801
                                  (352) 255-5004
                                  dan@daneckhartlaw.com

---

[1] The week of March 13th is Spring Break for many local public and private schools including Orange County and the University of Central Florida. The undersigned has a trip to Utah scheduled that week with his daughters, one of them a freshman at UCF. AUSA Wick has leave scheduled for two days the week of March 6th.