FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

2023 MAR -1 PM 2:47

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES OF AMERICA

v.

TARICK JEAN CHARLES

CASE NO. 6:22-cr-00193-RBD-DCI
18 U.S.C. § 371
18 U.S.C. § 1704
18 U.S.C. § 1708

### SUPERSEDING INDICTMENT

The Grand Jury charges:

### COUNT ONE
(Conspiracy)

#### A. Introduction

At times material to this Indictment:

1. United States Postal Service "arrow" keys were proprietary, serialized keys that granted access to various types of mail collection boxes and other authorized mail depositories in a given geographic area.

2. No person outside of employees or representatives of the United States Postal Service was authorized to possess an "arrow" key.

3. Regions Bank was a financial institution with offices located in the Middle District of Florida whose accounts were insured by the Federal Deposit Insurance Corporation ("FDIC").

## B. The Conspiracy

4. Beginning on an unknown date, but not later than in or about January 2022, and continuing through in or about October 2022, in the Middle District of Florida, and elsewhere, the defendant,

**TARICK JEAN CHARLES**,

did knowingly and willfully combine, conspire, confederate and agree with other persons, both known and unknown to the Grand Jury, to commit offenses against the United States, specifically:

(a) to possess a United States Postal Service "arrow" key with intent to unlawfully and improperly use the key, in violation of 18 U.S.C. § 1704;

(b) to steal and possess stolen mail matter that was in an authorized depository for mail matter, in violation of 18 U.S.C. § 1708; and

(c) to carry out a scheme to defraud a financial institution, in violation of 18 U.S.C. § 1344.

## C. Manner and Means of the Conspiracy

5. The manner and means by which the conspirators sought to accomplish the objects of the conspiracy included, among others:

    a. It was part of the conspiracy that individuals known and unknown to the Grand Jury, would and did steal and unlawfully possess a United States Postal Service "arrow" key.

      b.    It was part of the conspiracy that the defendant, **TARICK JEAN CHARLES**, and others known and unknown to the Grand Jury, would and did possess and use a stolen United States Postal Service "arrow" key to open and unlawfully access United States Postal Service mail receptacles and authorized depositories for mail matter.

      c.    It was further part of the conspiracy that the defendant, **TARICK JEAN CHARLES**, and others known and unknown to the Grand Jury, would and did steal mail matter, including checks, from United States Postal Service mail receptacles and authorized depositories for mail matter.

      d.    It was further part of the conspiracy that individuals known and unknown to the Grand Jury would and did wrongfully alter and deposit stolen checks into bank accounts for their own benefit and the benefit of others.

      e.    It was further part of the conspiracy that the defendant, **TARICK JEAN CHARLES**, and others known and unknown to the Grand Jury, would and did misrepresent, conceal, hide, and cause to be misrepresented, concealed, and hidden, acts done in furtherance of the conspiracy and the purpose of those acts.

## D. <u>Overt Acts</u>

6. In furtherance of the conspiracy, and to effect the objects thereof, the following overt acts, among others, were committed in the Middle District of Florida:

   a. On or about January 11, 2022, **TARICK JEAN CHARLES** recruited an individual to participate in the theft of a United States Postal Service "arrow" key.

   b. On or about March 20, 2022, individuals known and unknown to the Grand Jury stole mail from United States Postal Service mail receptacles and authorized depositories for mail matter at a property located at XXXX Ashley Park Court, Orlando, Florida.

   c. On or about March 24, 2022, individuals known and unknown to the Grand Jury possessed and cashed stolen and altered checks at Regions Bank branches located in Altamonte Springs, Florida, and other locations in the Middle District of Florida.

   d. On or about March 25, 2022, individuals known and unknown to the Grand Jury stole mail from United States Postal Service mail receptacles and authorized depositories for mail matter at a condominium located at XXXX Cypress Woods Drive, Orlando, Florida.

e. On or about April 23 and 25, 2022, **TARICK JEAN CHARLES** promoted the scheme to defraud and recruited others to participate in the scheme to defraud through his communications with others on social media.

f. On or about August 20, 2022 through on or about August 29, 2022, **TARICK JEAN CHARLES** promoted the scheme to defraud and recruited others to participate in the scheme to defraud through his communications on social media.

g. On or about September 21, 2022, **TARICK JEAN CHARLES** possessed and used a stolen Postal arrow key in Orlando, Florida.

h. On or about September 21, 2022, **TARICK JEAN CHARLES** and others known and unknown to the Grand Jury stole mail matter from United States Postal Service mail receptacles and authorized depositories for mail matter at a property located at XXXX Grand National Drive, Orlando, Florida.

All in violation of 18 U.S.C. § 371.

## COUNT TWO
### (Unlawful Possession of a Postal Key)

Beginning in or around March 2022 and continuing through at least September 2022, in the Middle District of Florida, and elsewhere, the defendant,

**TARIK JEAN CHARLES,**

while aiding and abetting others known and unknown to the Grand Jury, did knowingly possess a key adopted by the Postal Service and in use on authorized receptacles for the deposit of mail matter with the intent to unlawfully and improperly use the key.

In violation of 18 U.S.C. §§ 1704 and 2.

## COUNT THREE
### (Mail Theft)

On or about September 21, 2022, in the Middle District of Florida, and elsewhere, the defendant,

**TARIK JEAN CHARLES,**

while aiding and abetting others known and unknown to the Grand Jury, did steal, take and abstract, and attempt to steal, take and abstract, mail matter from and out of a business mailbox located at XXXX Grand National Drive, Orlando, Florida, an authorized depository for mail matter, letters, mail, and mail contents.

In violation of 18 U.S.C. §§ 1708 and 2.

## FORFEITURE

1.   The allegations contained in Counts One and Three are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. §§ 981(a)(1)(C), 982, and 28 U.S.C. § 2461(c).

2.   Upon conviction of a violation of a conspiracy of the violation of 18 U.S.C. § 1708, in violation of 18 U.S.C. § 371, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C), any property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of such violations.

3.   Upon conviction of a violation of a conspiracy of the violation of 18 U.S.C. § 1344, in violation of 18 U.S.C. § 371, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(2)(A), any proceeds which the defendant obtained, directly or indirectly, as the result of such violation.

4.   Upon conviction of a violation of 18 U.S.C. § 1708, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property constituting, or derived from, proceeds the person obtained directly or indirectly, as a result of such violation.

5.   If any of the property described above, as a result of any acts or

omissions of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property, which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1) and 28 U.S.C. § 2461(c).

A TRUE BILL,



Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
Kara M. Wick
Assistant United States Attorney

By: _____
Chauncey A. Bratt
Assistant United States Attorney
Deputy Chief, Orlando Division

# UNITED STATES DISTRICT COURT
## Middle District of Florida
## Orlando Division

## THE UNITED STATES OF AMERICA

vs.

## TARICK JEAN CHARLES

## SUPERSEDING INDICTMENT

Violation:

18 U.S.C. § 371
18 U.S.C. § 1704
18 U.S.C. § 1708

A true bill, ███████████

_____
Foreperson

Filed in open court this 1st day of March, 2023.

_Tiffany Palmer_
Clerk

Bail $ _____