UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                                                    CASE NO.: 6:22-cr-00193-RBD-DCI

TARICK JEAN CHARLES

### MOTION TO WITHDRAW AS COUNSEL OF RECORD

COMES NOW the undersigned CJA attorney and hereby moves this Honorable Court to allow the undersigned to withdraw as counsel of record. In support thereof states as follows:

1. The undersigned was appointed as counsel of record in this cause of action on November 23, 2022. Dkt. 33. The undersigned replaced Assistant Federal Defender Joshua Lukman who made an ore tenus motion to withdraw as counsel for the Defendant. Dkt. 31, 32.

2. The Defendant is unreceptive to the undersigned's legal advice and has no confidence in the undersigned's abilities to represent him.

3. The undersigned negotiated a plea agreement with the U.S. Attorney's Office. Initial negotiations resulted in a 371 Conspiracy charge being dropped which alleged the Defendant conspired to violently rob a mail carrier at gun point. Further negations resulted in the redaction of all references to the armed robbery from the factual basis. When presented

with the final version of the plea agreement, the Defendant rejected the agreement and opted to proceed to trial.

4. On March 1, 2023, the United States filed a Superseding Indictment charging the Defendant with violation of 18 U.S.C. 317, 18 U.S.C. 1704, and U.S.C. 1708.

5. On March 6, 2023, the undersigned had a remote meeting with the Defendant who is confined at the Orange County Jail. Without disclosing what the Defendant said to the undersigned made during the meeting, the attorney-client relationship is now irretrievably broken, making continued representation impossible.

6. Wherefore, the undersigned requests to withdraw from representing the Defendant.

Respectfully Submitted,

s/ Dan Eckhart, Esq.
DAN ECKHART, ESQ.
Florida Bar No. 488674
200 East Robinson St., Ste. 1100
Orlando, FL 32801
Telephone:  407-276-0500
Facsimile:   407-893-8151
dan@daneckhartlaw.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy was served electronically on March 6, 2023, to:

        Kara Wick, AUSA

        s/Dan Eckhart, Esq.
        DAN ECKHART, ESQ.