UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 6:22-cr-00193-RBD-DCI

TARICK JEAN CHARLES

SUPPLEMENT TO MOTION TO WITHDRAW AS COUNSEL OF RECORD

COMES NOW the undersigned CJA attorney and supplements his Motion to Withdraw as Counsel of Record.

Local Rule 2.02, *Appearance and Withdrawal of a Lawyer* requires a certification that the lawyer has provided fourteen days' notice to the client. The undersigned notified the Defendant that he was withdrawing from the case yesterday. The Rule also states that a lawyer cannot withdraw if it would cause a continuance of a trial absent a compelling ethical problem, emergency, disability or death. Mr. Charles case was scheduled for trial in on the March 2023 docket on the original indictment. The United States superseded the indictment on March 1, 2023, Dkt. 72, and there is a status conference before Judge Dalton on March 9, 2023. Dkt. 74.

The justification for the Motion to Withdraw is a compelling ethical problem and an emergency involving the undersigned's personal safety. The undersigned contacted the Florida Bar Ethics Hotline on March 6, 2023 and was advised that if

ordered by the Court during a closed hearing he could divulge the attorney-client communication that gives rise to the compelling ethical problem.

Wherefore the undersigned seeks an exception to the Local Rule and requests a hearing on his Moton to Withdraw before the Status Conference on March 9, 2023.

                              Respectfully Submitted,

                              s/ Dan Eckhart, Esq.
                              DAN ECKHART, ESQ.
                              Florida Bar No. 488674
                              200 East Robinson St., Ste. 1100
                              Orlando, FL 32801
                              Telephone:  407-276-0500
                              Facsimile:   407-893-8151
                              dan@daneckhartlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy was served electronically on March 7, 2023, to:

                              Kara Wick, AUSA

                              s/Dan Eckhart, Esq.
                              DAN ECKHART, ESQ.