UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                                                                  Case No: 6:22-cr-193-RBD-DCI

TARICK JEAN CHARLES

**ORDER**

THIS CAUSE is before the Court subsequent to an Oral Order (Doc. 97) granting Attorney Daniel Eckhart's Motion to Withdraw as Attorney (Doc. 91). The above-named defendant has previously testified under oath or has otherwise satisfied this Court that he: (1) is unable to employ counsel, and (2) does not wish to waive counsel.

It is therefore **ORDERED** and **ADJUDGED** that Attorney Fritz Scheller is appointed to represent Defendant Tarick Jean Charles in this case. Defendant may be required to contribute to the cost of this representation depending on circumstances to be determined at a later date.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on March 10, 2023.

ROY B. DALTON JR.
United States District Judge

Copies furnished to:

Counsel of Record